**Affirm and Opinion Filed June 17, 2022**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00249-CR**

**GREGORY WAYNE ANDERSON JR., Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32539CR**

## MEMORANDUM OPINION

Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Carlyle

Following Gregory Wayne Anderson Jr.'s negotiated plea of guilty to the charge of evading arrest or detention with a vehicle, the trial court placed him on five years' deferred adjudication community supervision. A year later, the State moved to revoke community supervision and proceed with adjudication based on violations of the community supervision terms. Mr. Anderson pleaded true to paragraph six of the State's motion, which alleged he used marijuana while on community supervision. After a hearing, the trial court found paragraph six and

several other alleged violations true, adjudicated Mr. Anderson guilty of the charged offense, and sentenced him to ten years' confinement.

Mr. Anderson's court-appointed appellate counsel has filed a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes this appeal is frivolous and without merit. Counsel certifies she provided Mr. Anderson with a copy of the brief and the motion to withdraw.

The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812–13 (Tex. Crim. App. [Panel Op.] 1978) (analyzing whether brief meets *Anders* requirements); *Arevalos v. State*, 606 S.W.3d 912, 915–16 (Tex. App.—Dallas 2020, no pet.) (same). Though we advised appellant by letter of his right to file a pro se response, he has filed no response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (explaining appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit, and we find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment and grant counsel's motion to withdraw.

/Cory L. Carlyle/

210249f.u05  
Do Not Publish  
Tᴇx. R. Aᴘᴘ. P. 47.2(b)

CORY L. CARLYLE  
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

GREGORY WAYNE ANDERSON
JR., Appellant

No. 05-21-00249-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District
Court, Hunt County, Texas
Trial Court Cause No. 32539CR.
Opinion delivered by Justice Carlyle.
Justices Myers and Goldstein
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.


Judgment entered this 17th day of June, 2022.